# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CARATACHEA, RAUL § Case No. 12-23730
CARATACHEA, CARMEN C §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/12/2012 . The undersigned trustee was appointed on 06/13/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        12,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 12,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/11/2012 and the deadline for filing governmental claims was 10/11/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2013             By: /s/MICHAEL G. BERLAND
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 12-23730   Doc 33   Filed 02/21/13   Entered 02/21/13 12:29:11   Desc Main
Document   Page 3 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-23730 BL Judge: Bruce W. Black | | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | CARATACHEA, RAUL | | | Date Filed (f) or Converted (c): | 06/12/12 (f) |
| | CARATACHEA, CARMEN C | | | 341(a) Meeting Date: | 07/09/12 |
| For Period Ending: | 02/01/13 | | | Claims Bar Date: | 10/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11819 Heritage, Plainfield | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Harris checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Harris savings | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. union pension | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. 401k | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Mazda | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Nissan | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. 2011 Jetta | 9,500.00 | 0.00 | | 0.00 | FA |
| 12. Transfer of 2006 Infiniti-preference | 0.00 | 0.00 | | 6,000.00 | FA |
| 13. Payment of mpnies to mother-preference (u) | 0.00 | 0.00 | | 6,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $206,800.00 | $0.00 | | $12,000.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee discovered one unscheduled preference and compromised his interest in a different preference and the moneis will be recieved in ealry October. There is an agreement that the debtor's relative will repay the remaining preference.

Initial Projected Date of Final Report (TFR): 12/31/20       Current Projected Date of Final Report (TFR): 12/31/15

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-23730 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | CARATACHEA, RAUL | Bank Name: | Congressional Bank |
| | CARATACHEA, CARMEN C | Account Number / CD #: | *******8365 Checking Account |
| Taxpayer ID No: | *******7438 | | |
| For Period Ending: | 02/01/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/12 | 12 | Harris Bank | | 1129-000 | 6,000.00 | | 6,000.00 |
| 11/28/12 | 13 | Carment Caratachea | | 1241-000 | 1,000.00 | | 7,000.00 |
| 11/28/12 | 13 | Carmen Caratachea | | 1241-000 | 1,000.00 | | 8,000.00 |
| 11/28/12 | 13 | Carment Caratachea | | 1241-000 | 1,000.00 | | 9,000.00 |
| 11/28/12 | 13 | Carmen Caratachea | | 1241-000 | 1,000.00 | | 10,000.00 |
| 11/28/12 | 13 | Carmen Caratachea | | 1241-000 | 1,000.00 | | 11,000.00 |
| 11/28/12 | 13 | Carmen Caratachea | | 1241-000 | 1,000.00 | | 12,000.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 12,000.00 | 0.00 | 12,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******8365 | 12,000.00 | 0.00 | 12,000.00 |
| | 12,000.00 | 0.00 | 12,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    12,000.00    0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 4)

Ver: 17.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 01, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-23730  
Debtor Name: CARATACHEA, RAUL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $259.49 | $259.49 |
| 000002<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $572.35 | $572.35 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $13,479.74 | $13,479.74 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,209.87 | $1,209.87 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $966.47 | $966.47 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $1,541.76 | $1,541.76 |
| 000007<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $7,580.45 | $7,580.45 |
| 000008<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $576.80 | $576.80 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $518.27 | $518.27 |
| 000010<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,046.18 | $2,046.18 |
| 000011<br>070<br>7100-00 | Capital One, N.A.(Best Buy Co., Inc.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $348.88 | $348.88 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 01, 2013 |
|---|---|---|---|---|---|
| Case Number: | 12-23730 | Claim Class Sequence | | | |
| Debtor Name: | CARATACHEA, RAUL | | | | |
| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | $0.00 | $29,100.26 | $29,100.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-23730
Case Name: CARATACHEA, RAUL
           CARATACHEA, CARMEN C
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                     $        12,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,950.00 | $ 0.00 | $ 1,950.00 |

Total to be paid for chapter 7 administrative expenses    $    1,950.00
Remaining Balance                                         $   10,050.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,100.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 259.49 | $ 0.00 | $ 89.62 |
| 000002 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 572.35 | $ 0.00 | $ 197.67 |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 13,479.74 | $ 0.00 | $ 4,655.33 |
| 000004 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,209.87 | $ 0.00 | $ 417.84 |
| 000005 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | $ 966.47 | $ 0.00 | $ 333.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 1,541.76 | $ 0.00 | $ 532.45 |
| 000007 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 7,580.45 | $ 0.00 | $ 2,617.97 |
| 000008 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 576.80 | $ 0.00 | $ 199.20 |
| 000009 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 518.27 | $ 0.00 | $ 178.99 |
| 000010 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,046.18 | $ 0.00 | $ 706.66 |
| 000011 | Capital One, N.A.(Best Buy Co., Inc.) Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | $ 348.88 | $ 0.00 | $ 120.49 |

Total to be paid to timely general unsecured creditors     $     10,050.00

Remaining Balance     $     0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE