UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CARATACHEA, RAUL § Case No. 12-23730
CARATACHEA, CARMEN C §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/05/2013 in Courtroom ,
          United States Courthouse
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2013          By: /s/ Michael G. Berland
                                                            Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CARATACHEA, RAUL § Case No. 12-23730
CARATACHEA, CARMEN C §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,950.00 |
| Remaining Balance | | | $ 10,050.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,100.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC | $ 259.49 | $ 0.00 | $ 89.62 |
| 000002 | Midland Funding LLC | $ 572.35 | $ 0.00 | $ 197.67 |
| 000003 | Discover Bank | $ 13,479.74 | $ 0.00 | $ 4,655.33 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,209.87 | $ 0.00 | $ 417.84 |
| 000005 | Quantum3 Group LLC as agent for | $ 966.47 | $ 0.00 | $ 333.78 |
| 000006 | American InfoSource LP as agent for | $ 1,541.76 | $ 0.00 | $ 532.45 |
| 000007 | US BANK N.A. | $ 7,580.45 | $ 0.00 | $ 2,617.97 |
| 000008 | US BANK N.A. | $ 576.80 | $ 0.00 | $ 199.20 |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 518.27 | $ 0.00 | $ 178.99 |
| 000010 | Capital One, N.A. | $ 2,046.18 | $ 0.00 | $ 706.66 |
| 000011 | Capital One, N.A.(Best Buy Co., Inc.) | $ 348.88 | $ 0.00 | $ 120.49 |

Total to be paid to timely general unsecured creditors     $     10,050.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                            Case No. 12-23730-BWB
Raul Caratachea                                                   Chapter 7
Carmen C Caratachea
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: pgordon                Page 1 of 3                  Date Rcvd: Feb 22, 2013
                              Form ID: pdf006              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2013.
db/jdb       +Raul Caratachea,    Carmen C Caratachea,    11819 Heritage Meadows Drive,
               Plainfield, IL 60585-2634
19024692     +ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
19481498      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19543829     +Capital One, N.A.(Best Buy Co., Inc.),     Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19024693     +Chase Bank USA, N.A.,    201 N Walnut,   Mailstop DE1-1027,    Wilmington, DE 19801-2920
19024694     +Corwin Medical Care,    PO Box 7001,   Bolingbrook, IL 60440-7001
19024696     +Edward Hospital,    PO BOx 4207,   Carol Stream, IL 60197-4207
19024697     +Express,    555 W 112th Street,   Northglen, CO 80234-3022
19024698     +Express,    220 W Schrock Rd,    Westerville, OH 43081-2873
19024700     +Global Client Solutions,    4500 S 129th East Ave Suite 177,    Tulsa, OK 74134-5870
19024703     +HSBC/ Menards,    90 Christiana Road,    New Castle, DE 19720-3118
19024701     +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
19024702      Hsbc Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
19024707     +LTD Financial Services, L.P.,    7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
19024705    #+Law Offices of Justin J Guler,    7501 Lemont Road Suite 22A,    Woodridge, IL 60517-2609
19024708      Macy’s/ DSNB,    911 Duke Blvd,   Mason, OH 45040
19927277      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
19024711     +Naperville Surgical Associates, LTD,    10 W martin Ave Suite 225,    Naperville, IL 60540-6590
19024712     +Northsatr Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St,
               Buffalo, NY 14225-1943
19024713      River Grove Med. Partners LTD,    7355 W North Ave,    River Forest, IL 60305-1230
19024714     +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
19024715     +Superior Air Ground AMB Service,    PO Box 1407,    Elmhurst, IL 60126-8407
19276249    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
19024717     +Valentine & Kebartas, Inc.,    PO Box 325,    Lawrence, MA 01842-0625
19024719     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19267486      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2013 05:16:53
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
19024695      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2013 04:44:50      Discover Financial Services,
               PO Box 15316 ATT:CMS PROD Develop,    Wilmington, DE 19850
19157249      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2013 04:44:50      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19024696     +E-mail/Text: bankruptcy@edward.org Feb 23 2013 06:18:47      Edward Hospital,    PO BOx 4207,
               Carol Stream, IL 60197-4207
19151970      E-mail/PDF: rmscedi@recoverycorp.com Feb 23 2013 04:46:31      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19024699     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2013 04:42:46      GE Capital Retail Bank/ GECRB,
               PO Box 965004,    Orlando, FL 32896-5004
19024704     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 23 2013 04:31:33      Kohls Payment Center,
               PO Box 2983,    Milwaukee, WI 53201-2983
19024706     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2013 04:40:13      Lord & Taylor/ GECRB,
               PO Box 960035,    Orlando, FL 32896-0035
19024709     +Fax: 847-227-2151 Feb 23 2013 06:31:47      Medical Recovery Specialists, LLC,
               2250 E Devon Ave Suite 352,    Des Plaines, IL 60018-4519
19024710      E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2013 04:32:06      Midland Credit Management,
               5575 Roscoe Court,    San Diego, CA 91823
19455649     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 23 2013 04:30:29
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
19264342      E-mail/Text: bnc-quantum@quantum3group.com Feb 23 2013 04:37:15
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA  98083-0788
19927278      E-mail/PDF: rmscedi@recoverycorp.com Feb 23 2013 04:46:31
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
19024718     +E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2013 04:32:32      Volkswagen Credit,    PO Box 17497,
               Baltimore, MD 21297-1497
19024720     +E-mail/Text: BKRMailOps@weltman.com Feb 23 2013 04:37:50      Weltman, Weinberg & Reis Co. LPA,
               175 S 3rd St Suite 900,    Columbus, OH 43215-5177
                                                                                               TOTAL: 15
```

```
District/off: 0752-1           User: pgordon              Page 2 of 3                    Date Rcvd: Feb 22, 2013
                               Form ID: pdf006           Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19024716*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   CB Disputes,   PO Box 108,   Saint Louis, MO 63116)
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 3 of 3                  Date Rcvd: Feb 22, 2013
                               Form ID: pdf006            Total Noticed: 39


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2013 at the address(es) listed below:
              Hanna   Kayali    on behalf of Joint Debtor Carmen C Caratachea hannakayali1@gmail.com
              Hanna   Kayali    on behalf of Debtor Raul   Caratachea hannakayali1@gmail.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
                                                                                             TOTAL: 5
```